

**THE CITY OF NEW YORK**

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DAVID S. THAYER**
*Assistant Corporation Counsel*
t: (212) 356-2649
f: (212) 356-1148
e: dthayer@law.nyc.gov

October 10, 2024

*Via ECF*

The Honorable Katherine Polk Failla
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007



Re: <u>**C.O.**, *et al.* **v. N.Y.C. Dep't of Educ.**, *et al.*</u>, No. 24 CV 2584 (KPF)

Dear Judge Failla:

      I am an Assistant Corporation Counsel in the office of the Acting Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for the Defendants in the above-referenced action. I write, jointly with Plaintiffs' counsel, to respectfully request an extension of the parties' deadline to file a joint letter and civil case management plan to December 5, 2024, which is the Thursday before the parties' initial pretrial conference with the Court.

      As the Court will recall, the Court granted an extension of the Defendants' time to respond to the Complaint, as well as an adjournment of the initial pretrial conference, on September 12, 2024. (ECF No. 12.) The conference is now scheduled for December 10, 2024, at 10:30 AM. The parties' understanding was that this adjournment implicitly extended their time to file a joint letter and a civil case management plan in light of the requirement in the Court's Notice of Initial Pretrial Conference, (ECF No. 8), that these documents be filed on the Thursday of the week preceding the initial pretrial conference. However, in light of the Court's reminder of the requirement for filing these documents in a prior adjournment order, (ECF No. 10), that was not repeated in the Court's September 12, 2024 Order, the parties respectfully and expressly request an extension of their deadline to file these documents to avoid any ambiguity in their obligations.

      This is the first time the parties' have requested an extension of their time to file these documents in express terms, though as noted, the initial pretrial conference has been adjourned twice. (ECF Nos. 10, 12.) The parties make the instant request jointly.

      The parties thank the Court for its consideration of this application.

Respectfully yours,

/s/ David S. Thayer

David S. Thayer

cc:    *Via ECF*
       All counsel of record

```
Application GRANTED.  The parties' pre-conference statement and
proposed case management plan are due on or before December 5, 2024,
as that is the Thursday proceeding the scheduled initial pre-trial
conference.  (See Dkt. #10).

The Clerk of Court is directed to terminate the pending motion at
docket entry 13.

Dated:    October 11, 2024                SO ORDERED.
          New York, New York
```

*[Signature: Katherine Polk Failla]*

```
                                          HON. KATHERINE POLK FAILLA
                                          UNITED STATES DISTRICT JUDGE
```